UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

COMMONWEALTH LAND TITLE INSURANCE COMPANY         PLAINTIFF

V.                                                                                      CIVIL ACTION NO. 1:08CV37

ENCORE CREDIT CORPORATION                                    DEFENDANT

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Uniform Local Rule 7.3 of the United States Courts for the Northern and Southern Districts of Mississippi, the Defendant/Counterclaimant, Performance Credit Corporation (formerly known as Encore Credit Corporation), makes the following corporate disclosure statement:

> Performance Credit Corporation is a wholly-owned subsidiary of ECC Capital. Neither Performance Corporation nor ECC Capital is a publicly traded entity.

This, the 31st day of March, 2008.

Respectfully submitted,

/s/   William C. Hammack
        William C. Hammack (MSB #2994)
        Kacey Guy Bailey (MSB #102271)
        BOURDEAUX & JONES, LLP
        505 Constitution Avenue
        Post Office Box 2009
        Meridian, Mississippi 39302-2009
        Telephone:   (601) 693-2393
        Facsimile:    (601) 693-0226

        ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

    Joshua J. Wiener, Esq.
    Butler, Snow, O'Mara, Stevens & Cannada, PLLC
    P.O. Box 22567
    Jackson, MS 39225

    Kenneth L. Millwood, Esq.
    Nelson Mullins Riley & Scarborough, LLP
    Atlantic Station
    201 17th Street NW, Suite 1700
    Atlanta, GA 30363

THIS, the 31st day of March, 2008.

                                      /s/    William C. Hammack
                                            William C. Hammack